# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF OKLAHOMA

Matthew Harrison,

|  |  |
|---|---|
| Plaintiff, | |

vs.

Case No.:    6:24-CV-00329-JFH

William Thurman, et. al.,

Defendants.

## DISCLOSURE STATEMENT

| **"PARTY" DEFINED:** | Within this form, the terms "party" and "parties" refer to any party, intervenor, or proposed intervenor to this action. |
|---|---|

Pursuant to Fed. R. Civ. P. 7.1:

New Redbird Business Group, LLC
_____
*[enter name of party on the line above]*

who is a (check one)  ☐ PLAINTIFF    ☒    DEFENDANT    ☐ OTHER: _____

in this action, makes the following disclosures:

| **INSTRUCTIONS**: | 1. Determine which part(s) of the form apply:<br>  • Part I is applicable only in diversity cases and must be completed by all parties.<br>  • Part II is applicable in all cases and must be completed by all nongovernmental parties that are not natural persons.<br>2. Check the applicable box or boxes, and fully provide any required information.<br>3. Attach separate pages as necessary to fully provide required information. |
|---|---|

## PART I

☐    This party is an individual who resides in _____.

☐    This party is a corporation incorporated in _____ and with a principal place of business in _____.

☒    This party is an unincorporated association or another artificial entity, including a limited liability company or limited liability partnership.

See **Exhibit 1** for a list of the Members and their respective interests and domiciles.

☐    This party is a trust.

If yes, identify each trustee and each trustee's state of citizenship.   If any trustee is other than an individual person, the required information identifying ownership of the non-individual trustee and state of citizenship of each sub-trustee must be provided as well.

## PART II

☐    This party is publicly held.

☐    This party has one or more parent entities.

☒    This party has one or more subsidiaries.

      1.  RB Bioscience Stilwell, LLC
      2.  Redbird Realty, LLC

☐    Ten percent or more of the stock of this party is owned by a publicly held corporation or other publicly held entity.

      If yes, identify all such owners.

☐    Another association, firm, partnership, corporation, or other artificial entity related to the party—not already identified through other answers—has a direct financial interest in the outcome of the litigation.

      If yes, identify all associations, firms, partnerships, corporations or other artificial entities and the nature of their interest.

☐    This party is a trade association.

      If yes, identify all members of the association, their parent entities, and any publicly held companies that own ten percent or more of a member's stock.

☐    This party is a trust.

      If yes, identify each trustee, their parent entities, and any publicly held companies that own ten percent or more of a trustee's stock.

**Any additional pertinent information should also be provided on attached page(s).**

**DATED** this ___4th___ day of __December___, 20_24_ .

      Signature: *Michael T. Maloan*

      Printed Name: Michael T. Maloan

      Bar Number: 15097

      Firm Name: Foliart, Huff, Ottaway & Bottom

      Address: 201 Robert S. Kerr Avenue, 12th Floor

      City, State, Zip Code: Oklahoma City, Oklahoma 73102

      Phone/Fax: 405-232-4633

      Email Address: michaelmaloan@oklahomacounsel.com

## CERTIFICATE OF SERVICE

I hereby certify that on _____December 4, 2024_____ (Date), I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants (names only are sufficient):

R. Trent Shores
Adam Doverspike
GABLEGOTWALS
(918) 595-4800
tshores@gablelaw.com
adoverspike@gablelaw.com

**Attorneys for Plaintiff**

I hereby certify that on _____ (Date), I served the same document by

☐U.S. Postal Service          ☐In Person Delivery

☐Courier Service              ☐E-Mail

on the following, who are not registered participants of the ECF system:

Name(s) and Address(es):

*/s/ Michael T. Maloan*
Signature