REDBIRD BUSINESS GROUP LLC CAP TABLE

Appendix B: Table 1 Class A (Post-Reorganization)

|  | Units | TOTAL CAPITAL | %s |
|---|---|---|---|
| RB Crew LLC | 300,000 | 6,000,000.00 | 67.04% |
| BTX 7 Holdings LLC    William Thurman (Founder) 1322 E 35h    Tulsa, OK 74105 | 20,511 | 7,774,321.38 | 4.58% |
| DKNS LLC    Nimesh Patel (Founder)    15610 Sheldon Lake Dr. Cypress, TX 77433 | 20,511 | 7,774,321.38 | 4.58% |
| Steve Hockert* (Founder) 6701 Belmar Cir. Norman, OK 73071 | 746 | 312,187.94 | 0.17% |
| VC Partners LLC*    Dr. Nikesh Jasani (Founder) 27607 Myrtle Lake Lane   Katy, TX 77494 | 3,303 | 1,381,269.25 | 0.74% |
| Nikesh Jasani    27607 Myrtle Lake Lane   Katy, TX 77494 | 2,344 | 980,165.21 | 0.52% |
| BCM LLC*    William Brewer (Founder) 1717 Main Street, Suite 5900 Dallas, TX 75201 | 3,230 | 1,351,000.00 | 0.72% |
| Olaronke O Champion Inc.   Olaronke Champion (Owner) P.O. Box 173 LaQuinta, CA 92247-0173 | 1,952 | 816,177.94 | 0.44% |
| Good Vibes Investments LLC, Paresh Jasani Managing Member  10650 Stancliff Road Houston, TX 77099 | 1,502 | 628,000.00 | 0.34% |
| Dr. Travis Hird    224 Marseille Montgomery, TX 77356 | 7,910 | 3,308,188.63 | 1.77% |
| Farmaceutical Ventures II LLC   Kinjal Modi(Managing Member) 7507 San Clemente Point Ct.    Katy, TX 77494 | 4,663 | 1,950,050.00 | 1.04% |

**EXHIBIT 1**

| Name/Address | Units | Amount | % |
|---|---|---|---|
| Farmaceutical Ventures LLC   Kinjal Modi(Managing Member) 7507 San Clemente Point Ct.   Katy, TX 77494 | 3,758 | 1,571,780.00 | 0.84% |
| Kinjal Modi(Managing Member) 7507 San Clemente Point Ct.   Katy, TX 77494 | 366 | 153,190.13 | 0.08% |
| Homestake Jade Tree, LLC Timothy Wong 11605 Monica St., Houston, TX 77024 | 717 | 300,000.00 | 0.16% |
| RIHH MSO LLC       Marvin Chang, Shareholder 11605 Monica St., Houston, TX 77024 | 603 | 252,000.00 | 0.13% |
| BMACW Redbird II LLC   Brian Moddelmog, Managing Member  6903 Dunbarton Dr., Sugar Land, TX 77479 | 1,124 | 470,250.00 | 0.25% |
| Jogesh Harjai           9411 Clubhouse, Magnolia, TX 77354 | 296 | 123,600.00 | 0.07% |
| Priti Kumar 35 Massy Street, Houston, TX 77024 | 244 | 102,000.00 | 0.05% |
| J. Butchey Medicine P.C.      75 Hill Crescent       Toronto Ontario, Canada | 244 | 102,000.00 | 0.05% |
| Cannavest LLC (Weinstein) (Units issued with exchange) | 359 | 150,000.00 | 0.08% |
| Kaniza Holdings Ltd.       Shail Maheshwari (Founder)    32 S. Parkgate Shenandoah, TX 77381 | 2,897 | 1,211,525.91 | 0.65% |
| Todd J Hughes         10393 Kuykendall Rd.     Spring, TX 77382 | 1,943 | 812,678.71 | 0.43% |
| Pratik Parikh          6415 Exter Bluff Ct.    Sugar Land, TX 77479 | 213 | 89,050.00 | 0.05% |
| Dr. Gary Sharpless        1900 Cliff Manor Dr.    Conroe, TX 77304 | 2,662 | 1,113,345.72 | 0.59% |
| Charles Sims           6 Storm Mist Place, The Woodlands, TX 77381 | 3,461 | 1,447,358.58 | 0.77% |

**EXHIBIT 1**

| Name / Address | Units | Amount | % |
|---|---|---|---|
| Christopher Payne    11 N. Fazio Way    The Woodlands, TX 77389 | 1,874 | 783,952.06 | 0.42% |
| Amish Patel    5516 Miller Avenue    Dallas, TX | 287 | 120,000.00 | 0.06% |
| Sumon Chaudhuri    506 Pickney Ave.    Sugar Land, TX 77479 | 780 | 326,175.00 | 0.17% |
| MAS NF Holdings LLC    Asim Siddiqui  8317 Hunters Creek Dr., Houston, TX 77024 | 347 | 145,325.00 | 0.08% |
| MAS NF Holdings LLC    Mohammad Siddiqui (Member)  8317 Hunters Creek Dr. Houston, TX 77024 | 129 | 54,137.10 | 0.03% |
| Pothuri Limited Partnership Bharat Pothuri 17527 W. Bremonds Bend Ct. Cypress, TX 77433 | 287 | 120,000.00 | 0.06% |
| Rohan Jasani    9106 Crown Jewel Dr., Houston, TX 77469 | 369 | 154,445.00 | 0.08% |
| Guest Spaces LLC    Karan Kapadia 6006 Rubicon Run,    Austin, TX 78745 | 148 | 61,800.00 | 0.03% |
| Toby Thomas    4714 Deepwater Ln.    Sugar Land, TX 77479 | 526 | 219,800.00 | 0.12% |
| Philip Montalbo    13719 Queensbury Ln., Houston, TX 77079 | 365 | 152,850.00 | 0.08% |
| Redbird Shark ML LLC    Mihir Patel 19855 Southwest Freeway, Suite 330 Sugar Land, TX 77479 | 1,403 | 586,645.00 | 0.31% |
| John Fackler    40 W. Wedgwood Glen    The Woodlands, TX 77479 | 478 | 200,100.00 | 0.11% |
| NMBP Investments LLC    Ben Patel 4500 Hwy 6    Sugar Land, TX 77479 | 1,279 | 534,870.00 | 0.29% |
| Benjamin Mullin    10 Birchwood Park Pl.    The Woodlands, TX 77382 | 735 | 307,345.25 | 0.16% |

**EXHIBIT 1**

| Name/Address | | | |
|---|---|---|---|
| Vyas Brothers Investments LLC  1850 Vinings Mill Walk SE Smyrna, GA 30080 | 240 | 100,520.00 | 0.05% |
| James Westmoreland        2405 Bramlet Dr.         Conroe, TX 77304 | 680 | 284,407.67 | 0.15% |
| Bharat Gummadi and     Haritha Sakhamuri              6670 Epping Forest Way N. Jacksonville, FL 32217 | 591 | 247,150.00 | 0.13% |
| Patricia Allison            186 Spring Pines Dr.      Spring, TX 77388 | 333 | 139,067.50 | 0.07% |
| Stow A Way Enterprises LLC  Kelli Anderson | 718 | 300,150.00 | 0.16% |
| Maroon Bird LLC       Steve Rophail 3303 Long Meadow    Pearland, TX 77584 | 398 | 166,412.00 | 0.09% |
| Jimmy Philip           1406 Althea Dr., Houston, TX 77018 | 947 | 396,200.00 | 0.21% |
| Sugarleaf LLC         Jason Williams 20626 Marilyn Lane      Spring, TX 77388 | 239 | 100,100.00 | 0.05% |
| Darj Investments LLC    Deepak Chaudhry 4511 Riley Way Lane     Sugar Land, TX 77479 | 348 | 145,600.00 | 0.08% |
| Brodrick Holdings LLC ; John Brodrick 5620 Deloache Ave., Dallas, TX 75220 | 172 | 71,800.00 | 0.04% |
| Edward Constantinescu      142 Bentwater Bay Mongtomery, TX 77356 | 10,840 | 4,533,368.29 | 2.42% |
| Vienna Creek LLC         Jason Bordner 2 Turin Turn Dr.      Missouri City, TX 77459 | 465 | 194,500.00 | 0.10% |
| Don Nickell           11155 Spring Mountain Rd., Farmington, AR 72730 | 348 | 145,600.00 | 0.08% |
| Eric Hird                3 Danville Crossing Ct.  Conroe, TX 77385 | 239 | 100,050.00 | 0.05% |
| Pat James            (spouse is Doyle James)              3301 Edward Dr. Waco, TX 76708 | 478 | 200,100.00 | 0.11% |

**EXHIBIT 1**

| Name / Address | | | |
|---|---|---|---|
| SKK Investments LLC    Kushal Vakil   5205 Valarie St.    Bellaire, TX 77401 | 343 | 143,600.00 | 0.08% |
| PD&C Holdings    Purnal Patel   2207 Twilight Peak    Missouri City, TX 77459 | 512 | 213,948.00 | 0.11% |
| Beach Saben Investments LLC Sameer Siddqui Group    27700 Northwest Hwy. Suite 350    Cypress, TX 77433 | 343 | 143,600.00 | 0.08% |
| Sam Thurman | 997 | 417,139.43 | 0.22% |
| Trevor Shanklin    RR 1 Box 215    Wann, OK 74083 | 462 | 193,410.75 | 0.10% |
| Herban Management LLC    C/O Steve E. Randall, (Founder) 1122 Hempstead Place Nichols Hills, OK 73116 | 224 | 93,509.95 | 0.05% |
| Ty Martindale, (Founder)    6516 Hackberry Trail    Edmond, OK 73034 | 190 | 79,274.20 | 0.04% |
| Larry Todd Olsen    14801 East Coffee Creek Rd.   Luther, OK | 289 | 121,000.00 | 0.06% |
| Godwin Feh    1511 Mesa Verde    Shawnee, OK 74804 | 50 | 21,000.00 | 0.01% |
| Slavin RB LLC    Ethan Slavin 10916 Willow Grove Rd.   OKC, OK 73120 | 52 | 21,540.00 | 0.01% |
| Pinemont Ventures LLC    Brenda Kunapuli    12518 Winding Brook Ln.    Houston, TX 77024 | 642 | 268,323.40 | 0.14% |
| Houston Redbird Investors LLC Avni Shah, Manager    7603 Sheffield Court Sugar Land, TX 77479 | 8,988 | 3,759,218.17 | 2.01% |
| Ryan Kahn | 521 | 218,000.00 | 0.12% |
| John Salch | 521 | 218,000.00 | 0.12% |
| Brooks Harris | 1,303 | 545,000.00 | 0.29% |

**EXHIBIT 1**

| | | | |
|---|---|---|---|
| Jesse Harris | 261 | 109,000.00 | 0.06% |
| DMH Equities | 9 | 3,600.00 | 0.00% |
| Troy Tice, (Founder) & Amy Tice | 153 | 64,000.00 | 0.03% |
| Neel Shekhar | 98 | 41,187.94 | 0.02% |
| Michael and Alicia Butler Living Trust, (Founder)    313 Carlee Ct    Hot Springs Village, AR 71909 | 239 | 100,000.00 | 0.05% |
| Butler Family Trust, (Founder)  4200 Elkhorm Ranch Trail    Hot Springs, AR 71901 | 239 | 100,000.00 | 0.05% |
| Pat Halligan, (Founder)    535 Trenton St.    Denver, CO 80230 | 283 | 118,305.75 | 0.06% |
| Fergus Finnell, (Founder)    5405 Centerwood Rd.    Little Rock, AR 72207 | 414 | 173,085.37 | 0.09% |
| ESP Exit Strategies LLC    C/O Kelly Simon, (Founder)    17614 December Pine Lane    Spring, TX 77379 | 279 | 116,548.40 | 0.06% |
| Kim Ellis, (Founder)    4200 Eider Dr.    McKinney, TX 75072 | 279 | 116,548.40 | 0.06% |
| HNBCO LLC    (Hockert), (Founder)    6701 Belmar Cir.    Norman, OK 73071 | 139 | 58,274.20 | 0.03% |
| Charles Hockert, (Founder)    517 Country Oak Dr.    SaukCentre, MN 56378 | 139 | 58,298.61 | 0.03% |
| David Hockert, (Founder)    10043 Ramblin River Dr.    San Antonio, TX 78251 | 269 | 112,411.30 | 0.06% |
| Justin Bintliff (Founder)    306 Kip Ln.    Clinton, AR 72031 | 326 | 136,305.75 | 0.07% |

**EXHIBIT 1**

| | | | |
|---|---|---|---|
| SUBSCRIPTIONS July 2019, BELOW: | | | |
| Bintliff Oil and Gas LLC    Attn: David or Rita Bintliff    650 Ember Rd.    Shirley, AR 72153 | 3,376 | 1,411,732.60 | 0.75% |
| Next Redbird Investors LLC    11777 Katy Freeway    Suite 307    Houston, TX 77079 | 2,451 | 1,025,000.00 | 0.55% |
| Northsummit Holdings LLC    SachinChandrasenan (Managing Member)    38 N Fair Manor Cir.    The Woodlands, TX 77382 | 2,537 | 1,061,159.45 | 0.57% |
| John C Sparks, Jr.    18 Churchdale Place    The Woodlands, TX 77382 | 1,754 | 733,645.20 | 0.39% |
| Kobwang Holdings LLC    Barry Wang, Mgr.    3 Candlenut Pl.    The Woodlands, TX 77381 | 1,044 | 436,611.51 | 0.23% |
| David L Moix Revocable Trust  Davis Moix, Trustee    1015 Padgett Rd.    Conway, AR 72034 | 567 | 237,109.59 | 0.13% |
| Danny Brown    5107 Lochridge    North Little Rock, AR 72216 | 478 | 200,000.00 | 0.11% |
| Hutch and Tran LLC    Cory Tran    2517 Country Lane    Springdale, AR 72762 | 478 | 200,000.00 | 0.11% |
| Thomas B and Cynthia S Lefler 14 Antigua Lane    Hot Springs Village, AR 71909 | 478 | 200,000.00 | 0.11% |
| Apurv Varia    4 South Buck Ridge    Spring, TX 77381 | 609 | 254,611.51 | 0.14% |
| David Portugal Trust    David Portugal Trustee    4526 Beech St.    Bellaire, TX 77401 | 595 | 248,815.34 | 0.13% |
| Michael Ohnemiller    6175 Llano    Dallas, TX 75214 | 359 | 150,000.00 | 0.08% |

**EXHIBIT 1**

| Name/Address | | | |
|---|---|---|---|
| Samir Milan Shah    71 Park Dr. Atherton, CA 74027 | 388 | 162,411.30 | 0.09% |
| Gneiss Ventures LLC    Atn: Bao Nguyen    357 Pitchercane Rd. Hot Springs, AR 71909 | 418 | 175,000.00 | 0.09% |
| N&N Financial LLC    Robert Neilson, Mgr.    26 Sonroa Way Hot Springs, AR 71909 | 299 | 125,000.00 | 0.07% |
| Mike Kimzey    12908 Anduin Ave.    OKC, OK 73170 | 194 | 81,205.65 | 0.04% |
| Nimeet Brahmbhatt    15 W 556 63 St.    Burr Ridge, IL 60527 | 363 | 151,713.42 | 0.08% |
| NJN Services LLC    Stephanie Williams    Gregory Williams 5924 NW 5th St.    OKC, OK 73127 | 271 | 113,274.20 | 0.06% |
| Texas A&C LLC    Timothy Casperson, Mgr.    2118 Summer Mist Dr.    Conroe, TX 77304 | 219 | 91,705.65 | 0.05% |
| Niraj Ajmere    608 E. Bauer Rd.    Naperville, IL 60563 | 197 | 82,322.30 | 0.04% |
| Jeff and Tena Crawford    22727 Three Pines Dr.    Hockley, TX 77447 | 129 | 54,137.10 | 0.03% |
| Samer Faysal    33615 Windcrest Estates Blvd.    Magnolia, TX 77354 | 129 | 54,137.10 | 0.03% |
| | | | |
| TOTAL | 447,500 | 66,080,652 | 100.00% |

EXHIBIT 1